# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division

**In re:**　　　　　　　　　　　　　　　　　　　　　　**Case Number** 14–11837–RGM
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Chapter** 13
Minh B Tran

　　　　　　　　　　　　Debtor(s)

### NOTICE TO SHOW CAUSE

**TO:** *Debtor(s)*　　　　　Minh B Tran, 5301 Poplar Valley Ct
　　　　　　　　　　　　　　Centreville, VA 20120

　　*Attorney for Debtor(s)*　Jeremy Calvin Huang, Huang Law, PLLC
　　　　　　　　　　　　　　4120 Leonard Drive
　　　　　　　　　　　　　　Fairfax, VA 22030

　　*Trustee*　　　　　　　　Thomas P. Gorman, 300 N. Washington St. Ste. 400
　　　　　　　　　　　　　　Alexandria, VA 22314

　　*United States Trustee*　　115 S. Union Street, Suite 210, Alexandria, VA, 22314

The automatic dismissal of the above–referenced case having been suspended pursuant to Local Bankruptcy Rule 1017–3;

NOTICE IS HEREBY GIVEN that a hearing will be held:

*Date:* June 25, 2014
*Time:* 09:30 AM
*Location:* Judge Mayer's Courtroom, U.S. Bankruptcy Court, 2nd Floor, 200 S. Washington St., Ctrm I, Alexandria, VA 22314

for the debtor(s) to show cause why the case should not be converted to another chapter, or why the debtor(s) should not be held in civil contempt, or why other sanctions, including dismissal with prejudice to refiling or to the discharge in a later case of debts dischargeable in this case, should not be imposed for failure to comply with the provisions of the following Local Rule(s):

*5* – LBR 1007–1 Schedule(s) and/or Statement and 3015–2 Chapter 13 Plan and Related Motions Deficiency; Plan Due 5/29/2014. Incomplete Filings due by 5/29/2014. (Shepherd, Anthony)

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $ is due and owing to the Clerk of Court.

Dated:　June 3, 2014　　　　　　　　　　William C. Redden, Clerk
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　By: /s/Anthony Shepherd, Deputy Clerk

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Minh B Tran  
     Debtor

Case No. 14-11837-RGM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: shepherda     Page 1 of 1     Date Rcvd: Jun 04, 2014  
                      Form ID: showcaus     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2014.  
db          +Minh B Tran,    5301 Poplar Valley Ct,    Centreville, VA 20120-6101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2014                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2014 at the address(es) listed below:  
         Jeremy Calvin Huang    on behalf of Debtor Minh B Tran jeremy@huanglawoffice.com  
         Johnie Rush Muncy    on behalf of Creditor    Bank of America, N.A. jmuncy@siwpc.com, drubin@siwpc.com;bjordan@siwpc.com;klane@siwpc.com;ewhite@siwpc.com;mfreeman@siwpc.com;ecfva1@siwpc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;  
         Thomas P. Gorman    ch13alex@gmail.com,    tgorman26@gmail.com  
                                                                                             TOTAL: 3